**RICHARD J. HOLWELL**
**UNITED STATES DISTRICT JUDGE**

August 14, 2009

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock:

This letter supplements my Financial Disclosure Report for 2008 dated June 12, 2009.

Part VII, page 6, line 36 is amended to read "Cash-Schwab Money Market Fund."

Part VII, page 5, line 31, columns D(1), (2) and (3) is amended to read "Buy; 10/14; M." In addition, column B of line 31 is amended to read "A."

With regard to Part VII, page 5, lines 38 and 39 for Fidelity Contrafund and Fidelity Adv. Gr. Opp., please see Attachment VIII-A of the Report.



Richard J. Holwell

**Holwell, Richard J**

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Holwell, Richard J. | USDC/SDNY | 06/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl St. Chambers 1950 New York, New York 10007-1312 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Van Duyn Associates (SEE SECTION VIII, Paragraph 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/2000 | PLEASE SEE SECTION VIII, Paragraph 2. |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 17 A 11:14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | White & Case LLP (post-retirement payments fixed at time of retirement on November 1, 2003). | $316,180 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed architect |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Van Duyn Assoc., NY, NY | E | Rent | P1 | W | | | | | |
| 2. Bell South | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - Fidelity S&P 500 | C | Dividend | L | T | | | | | |
| 5. - Fidelity Contrafund | A | Dividend | M | T | | | | | |
| 6. - Fidelity Lo Pr Stk | B | Dividend | N | T | | | | | |
| 7. - Brazos Micro Cap | | None | | | Sold | 3/11 | L | A | |
| 8. - First Eagle Overseas A | A | Dividend | M | T | | | | | |
| 9. - Nuveen NY Mun. Bd. A | F | Interest | | | Sold | 12/2 | N | A | |
| 10. - US Global Inv Global | A | Dividend | K | T | | | | | |
| 11. - Eaton Vance | | None | | | Sold | 10/17 | K | A | |
| 12. - Schwab M. Mkt. Fund | A | Interest | K | T | | | | | |
| 13. - CGM Focus | A | Dividend | K | T | Buy | 5/6 | K | | |
| 14. - UltShort S&P 500 | A | Dividend | K | T | Buy | 10/28 | K | | |
| 15. - NY City Mun Wtr Fin, 6/15/31 | D | Interest | N | T | Buy | 12/5 | N | | |
| 16. - NY Cit Mun Wtr Fin, 6/15/24 | | None | M | T | Buy | 12/2 | L | | |
| 17. - NYS Dorm Revs St Supp, 2/15/16 | | None | M | T | Buy | 12/9 | M | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P1 =$1,000,001 - $5,000,000<br><br>T =Cash Market | E =$15,001 - $50,000<br><br><br>P2 =$5,000,001 - $25,000,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | | | | | | | | | |
| 19. - ML Pacific Fund | A | Dividend | L | T | | | | | |
| 20. - PIMCO Total Return D | D | Dividend | M | T | | | | | |
| 21. - Brandywine | | None | L | T | | | | | |
| 22. - PIMCO Comm. Real | A | Dividend | J | T | | | | | |
| 23. - PIMCO Total Ret. Inst | D | Dividend | M | T | | | | | |
| 24. - First Eagle Overseas | A | Dividend | L | T | | | | | |
| 25. - Am. Beacon Lg CVL | | None | | | Sold | 7/16 | K | A | |
| 26. - Dodge & Cox Int'l Stk | B | Dividend | K | T | | | | | |
| 27. - RS Global Net Res | A | Dividend | K | T | | | | | |
| 28. - Managers Bond | D | Dividend | | | Sold | 10/31 | M | A | |
| 29. - US Global Inv. Global | A | Dividend | K | T | | | | | |
| 30. Ultra Short S&P 500 | C | Dividend | K | T | Buy | 10/31 | K | | |
| 31. Schwab Money Market Fund | | | M | T | | | | | |
| 32. IRA #2 | | | | | | | | | |
| 33. - First Eagle Overseas A | B | Dividend | K | T | | | | | |
| 34. -American Beacon Lg C Vl | | None | | | Sold | 7/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MetroWest Total Ret | A | Dividend | J | T | | | | | |
| 36. - Cash | | None | K | T | | | | | |
| 37. Fidelity Annuity | | | | | | | | | (See Section VIII, Par. 3) |
| 38. - Fidelity Contrafund | | | L | T | | | | | " |
| 39. - Fidelity Adv. Gr. Opp. 1 (formerly Fidelity Growth Opps.) | | | L | T | | | | | " |
| 40. White & Case RIP Pension | F | Dividend | L | W | | | | | (See Section VIII, Par. 3) |
| 41. White & Case 401(K) | | | | | | | | | (See Section VIII, Par. 3) |
| 42. - Turner Midcap Gr. | | | M | T | | | | | " |
| 43. - Axiom Int'l Inv. | | | O | T | | | | | " |
| 44. - SSGA Passive | | | K | T | | | | | " |
| 45. - Davis NY Venture | | | N | T | | | | | " |
| 46. - Boston Co Small Cap Value | | | | | Sold | 2/4 | N | | " |
| 47. - PIMCO Total Ret. | | | N | T | | | | | " |
| 48. - Columbia Val & R | | | L | T | | | | | " |
| 49. - Royce Low Price | | | L | T | Buy | 5/21 | L | | " |
| 50. - Vanguard Infl-Prot | | | L | T | Buy | 5/5 | L | | " |
| 51. - SPDR | | | K | T | | | 4/16 | K | " |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Holwell, Richard J. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" aft each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of       er buyer/seller (if private transaction) |
| 52.    - Schwab Money Market Fund | | | L | T | Buy | 2/4 | N | | " |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Regarding Section I:

Partner, Van Duyn Associates. Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. I ▮▮▮ own with ▮▮▮▮ a 60% interest in the partnership which owns the building in which we reside.

2. Regarding Section II:

White & Case Savings and Investment Plan ("SIP"). White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only.

White & Case Retirement Income Plan ("RIP"). White Case is my former law firm. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

White & Case Partnership Agreement. White & Case is my former law firm. The amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to be an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years.

3. Regarding Section VII, Item Nos. 37-39, 40, 41-52.

SEE ATTACHMENT VIII-A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**FORM A0-10**
**ATTACHMENT VIII-A**

Items 37-39    <u>Fidelity Annuity</u>. Fidelity does not provide any periodic income information on either an aggregate or per-fund basis. The only information provided is periodic valuation. The 1/1/08 valuations of the Fidelity Annuity Contrafund and Fidelity Annuity Adv. Gr. Opp. 1 were $135,695 and $104,387, respectively; the 12/31/08 valuations were $77,537 and $81,516, respectively.

Item 40    <u>White & Case Retirement Income Plan ("RIP")</u>. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit, which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investments. My annual accrued benefit is $53,238.

Items 41-52    <u>White & Case 401(K) Plan</u>. The plan administrator, CitiStreet Retirement Plan, does not provide plan participants with periodic income information on either an aggregate or per-fund basis. The only information provided is the change in valuation over time. This information is provided below:

| FUND | VALUATION 01/01/08 | VALUATION 12/31/08 |
|---|---|---|
| Turner Mid Cap Growth | 234,685 | 120,538 |
| Axiom Int'l Inv. | 1,222,105 | 635,908 |
| SSGA Emerging | 49,308 | 21,535 |
| Davis NY Venture Y | 621,580 | 373,889 |
| Boston Co. Small Cap Value | 307,548 | -0- |
| Pimco Total Ret | 349,470 | 366,056 |
| Columbia Val & R | 201,966 | 96,127 |
| Royce Low Price | -0- | 58,100 |
| SPDR | -0- | 49,560 |
| Money Market | -0- | 99,520 |